THE STATE OF NEW JERSEY, EX REL. HENRY C. OTT
ET AL., RELATORS-RESPONDENTS. v. JOSEPH J. BRAD-
DOCK, DEFENDANT-APPELLANT.

THE STATE OF NEW JERSEY, EX REL. HENRY C. OTT
ET AL., RELATORS-RESPONDENTS, v. OLIVER CHAS-
MAR, JR., DEFENDANT-APPELLANT.

THE STATE OF NEW JERSEY, EX REL. HENRY C. OTT
ET AL., RELATORS-RESPONDENTS, v. WALTER LEN-
DER, DEFENDANT-APPELLANT.

Argued October 22, 1937—Decided January 26, 1938.

510

512

514

For the appellants, *Nicholas S. Schloeder*.

For the respondents, *William Rubin*.

PER CURIAM.

The judgments are affirmed, for the reasons expressed in the opinion of Judge Ackerson.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 13.

*For reversal*—None.